# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Kristen Danielle Wiggins　　　　　　　　　　　　　Docket No. 7:09-CR-76-1BO

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kristen Danielle Wiggins, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute a Quantity of Marijuana, Possession With Intent to Distribute a Quantity of Marijuana, and Maintaining a Dwelling for the Purpose of Manufacturing, Distributing, and Using Any Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 856(a)(1) was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 12, 2010, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Kristen Danielle Wiggins was released from custody on November 10, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 9, 2012, the defendant was charged in Bladen County, North Carolina, with Simple Assault, Injury to Personal Property, Communicating Threats, and Assault on a Child Under Age 12. The defendant admits that she assaulted her friend, Kathleen Reinhart, by slapping her. She also advised there was a 10-month old baby in the room but says she never touched the child, who was safely across the room at the time of the incident. The defendant expressed regret, admitted she used poor judgment, and did not handle the situation appropriately. In response to her behavior, it is respectfully recommended that her conditions be modified to include that she participate in a cognitive behavioral therapy program.

Kristen Danielle Wiggins
Docket No. 7:09-CR-76-1BO
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: August 17, 2012 |

### ORDER OF COURT

Considered and ordered this 17 day of August, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge