# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Kristen Danielle Wiggins            Docket No. 7:09-CR-76-1BO

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kristen Danielle Wiggins, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute a Quantity of Marijuana, Possession With Intent to Distribute a Quantity of Marijuana, and Maintaining a Dwelling for the Purpose of Manufacturing, Distributing, and Using Any Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 856(a)(1) was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 12, 2010, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Kristen Danielle Wiggins was released from custody on November 10, 2011, at which time the term of supervised release commenced.

On January 20, 2012, a Violation Report was submitted to the court notifying of the defendant's arrest for Misdemeanor Larceny in Whiteville, North Carolina, on November 30, 2011. This charge was subsequently dismissed on May 24, 2012.

On August 17, 2012, the defendant's conditions of supervision were modified to include that she participate in a cognitive behavioral program as directed by the probation office after being charged with Injury to Personal Property, Communicating Threats, and Assault on a Child Under the Age of 12, in Bladen County, North Carolina, on August 9, 2012. The charges of Communicating Threats and Assault on a Child Under the Age of 12 were subsequently dismissed. She pled guilty to Injury to Personal Property, was placed on state probation and ordered to pay restitution. She continues to participate in cognitive behavioral therapy counseling.

Kristen Danielle Wiggins
Docket No. 7:09-CR-76-1BO
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 6, 2013, the defendant, while a member of the audience, was held in contempt of court during a session of court in Columbus County Superior Court, Whiteville, North Carolina. She was ordered to serve five days in jail. As a punitive sanction for her actions, it is respectfully recommended that she serve three days in jail as directed by the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of three days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 1, 2013 |

### ORDER OF COURT

Considered and ordered this __1__ day of __March__, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge